```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR178 |
| v. ) | |
| ) | |
| ALFRED MCBRIDE, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Paragraph 2 of the court's order of July 14 (filing 12) is amended as follows:

"2.  A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 21st day of July, 2005 at the hour of 1:30 p.m. **in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska.**"

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge