IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALFRED MCBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant McBride's sentencing hearing is continued to Friday, December 2, 2005, at 11:00 a.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

November 29, 2005.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge