IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR178 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFRED MCBRIDE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the plaintiff's motion to dismiss without prejudice (filing 40) the Petition for Warrant or Summons for Offender Under Supervision (filing 37) is granted.

    DATED this 1st day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge